# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNIFORM TEETH, an Illinois Corporation<br><br>Defendant. | CASE NO. 2:21-CV-00063-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## **ORDER**

Pursuant to the parties' Stipulated Motion, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiff's First Amended Complaint on or before Monday, June 21, 2021.

Dated this 25th day of May, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:21-CV-00063-RSL

1

PACIFICA LAW GROUP LLP
1191 Second Avenue, Suite 2000
Seattle, WA 98101
Phone (206)_245-1700