# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>UNIFORM TEETH, an Illinois Corporation<br><br>Defendant. | CASE NO. 2:21-CV-00063-RSL_____<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY ALL CASE DEADLINES PENDING MEDIATION** |

## ORDER

Pursuant to the parties' Stipulated Motion, **IT IS ORDERED** that all case deadlines are hereby **STAYED** pending mediation. For the avoidance of doubt, this specifically includes (1) the June 18, 2021 deadline to serve initial disclosures; (2) Uniform's June 21, 2021 deadline to answer or otherwise respond to the FAC; and (3) the June 25, 2021 deadline for filing of the Joint Status Report and Discovery Plan. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within fourteen days of the completion of mediation, submit a Joint Status Report setting forth the parties' recommendations for a new trial date or, in the alternative, an anticipated schedule for achieving settlement.

Dated this 21st day of June, 2021.

*MWS Lasnik*
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE